■ Nu-Star Petroleum, Inc., Appellant-Respondent, v Mobil Oil Corporation, Defendant and Third-Party Defendant-

Respondent, and E.L.C.M. OF F., INC., et al., Respondents-Appellants. WILLIAM MURRAY et al., Third-Party Plaintiffs-Appellants, et al., Third-Party Defendant.—Order and judgment (one paper), Supreme Court, New York County (Martin Evans, J.), entered on or about May 2, 1990, unanimously affirmed, for the reasons stated by Martin Evans, J., with costs and disbursements. Concur—Murphy, P. J., Ross, Ellerin and Rubin, JJ.